

# Missouri Court of Appeals
## Southern District

**JANUARY 15, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33006

      Re:    ALVARO MOLINA,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.